## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2714 | **DATE** | 5/23/2007 |
| **CASE TITLE** | STARICE BRIGGS, et al. Vs. WEST SUBURBAN HOSP. , et al. | | |

**DOCKET ENTRY TEXT**

United States' motion to dismiss for failure to exhaust administrative remedies is granted. This case is remanded to the Circuit Court of Cook County. All pending dates and motions are terminated as moot.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | JHC |
|---|---|---|